UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AUSTIN DE TAGLE,<br><br>        Plaintiff,<br><br>  v.<br><br>SAN JOSE POLICE OFFICER JULIAN #4610,<br><br>        Defendant. | Case No. 23-cv-05095-VKD<br><br>**ORDER DIRECTING SERVICE OF SUBPOENA**<br><br>Re: Dkt. Nos. 16, 19 |

The Court directs the U.S. Marshal to serve Mr. de Tagle's subpoena (Dkt. No. 19) and a copy of its prior order (Dkt. No. 16), both of which are attached to this order, on the City of San Jose, Department of Human Resources at 200 E. Santa Clara St., San Jose, CA 95113. *See* Fed. R. Civ. P. 45(b); 28 U.S.C. § 1915(d). The Court sua sponte extends the City of San Jose's deadline to respond to the subpoena to 14 days after the date the subpoena is served.

**IT IS SO ORDERED.**

Dated: February 20, 2024

*Virginia K. DeMarchi*
VIRGINIA K. DEMARCHI
United States Magistrate Judge